

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00294-CR

---

Marcos Palomo, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 167th District Court
Travis County, Texas
Trial Court No. D-1-DC-19-204940

---

## MEMORANDUM OPINION

Appellant, Marcos Palomo, attempts to appeal the judgment adjudicating his guilt of the third-degree felony of tampering with or fabricating physical evidence. Tex. Penal Code Ann. § 37.09(c). Because the trial court's certification of the defendant's right of appeal reflects that Palomo has no right of appeal, we dismiss.

Pursuant to a plea agreement, Palomo waived his right to a jury and entered a guilty plea. The trial court adopted the State's recommendation and placed Palomo on deferred adjudication community supervision for three years. The State later filed a motion to adjudicate, and Palomo entered a plea of true and signed another waiver of his right to appeal from the adjudication.

The trial court's certification, which is signed by the presiding judge, Palomo, and Palomo's counsel, states that Palomo has waived the right of appeal. The Clerk of this Court notified Palomo that the trial court's certification showed that he had waived his right to appeal and requested a response addressing the issue. None was received. Because an appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record, we dismiss. Tex. R. App. P. 25.2(d)

MARIA SALAS MENDOZA, Chief Justice

December 23, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

(Do Not Publish)

2